United States District Court
Northern District of New York

| | |
|---|---|
| NAKIA JORDAN-HARRIS,<br>   *Plaintiff,*<br><br>v.<br><br>MICHELLE KING,<br> Acting Commissioner of Social Security<br>   *Defendant.*[1] | Case 3:24-cv-00787-TWD<br><br><br><br>**STIPULATION AND ORDER FOR REMAND** |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED:

*[signature]*
Thérèse Wiley Dancks
U.S. Magistrate Judge

Dated: 2/18/2025

Respectfully Submitted,

MICHELLE KING,

By Her Attorneys,

Carla B. Freedman,
United States Attorney

 /s Kathryn Pollack
Kathryn Pollack
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2331
Email: kathryn.pollack@ssa.gov

PLAINTIFF,

By Her Attorney,

 s/ Peter A. Gorton
Peter A. Gorton
Lachman, Gorton Law Firm
P.O. Box 89
1500 East Main Street
Endicott, NY 13760-0089
(607) 754-0500
Fax: 607-748-6978
Email: office@lglaw.org

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).